8397. CENTRAL OF GEORGIA RAILWAY CO. *v.* MERIWETHER COUNTY.

JENKINS, J. Under the answer to the questions of law submitted to the Supreme Court in this case (148 *Ga.* 438, 96 S. E. 884), judgment of the superior court, overruling the affidavit of illegality, must be
*Reversed. Wade, C. J., and Luke, J., concur.*
DECIDED SEPTEMBER 27, 1918.

Illegality of execution; from Fulton superior court—Judge Bell. April 10, 1916.

*Battle & Hollis,* for plaintiff in error.

*N. F. Culpepper,* contra.

---

8695. MORTON *v.* SAVANNAH HOSPITAL.

WADE, C. J. Under the answers made by the Supreme Court (148 *Ga.* 423 96 S. E. 887) to the several questions certified by this court in this case, it appears that the trial judge erred in sustaining the general demurrer to the plaintiff's petition; and therefore his judgment must be reversed.

(a) As the decisions and rulings of the Supreme Court are binding as precedents upon this court, anything in the decision in the case of *Medical College* v. *Rushing,* 1 *Ga. App.* 468 (57 S. E. 1083), which may be in actual conflict with holdings of the Supreme Court in this case will not be followed.
*Judgment reversed. Jenkins and Luke, JJ., concur.*
DECIDED SEPTEMBER 27, 1918.

Action for damages; from city court of Savannah—Judge Freeman. February 14, 1917.

*Shelby Myrick,* for plaintiff. *Wilson & Rogers,* for defendant.